B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dong, Eddie Tuyen Anh** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vo, Vivian Uyen Bich** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Phuong Dong Times** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Vina Deli; DBA Vina Restaurant** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7499** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6847** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10068 SE Old Town Court**<br>**Happy Valley, OR**     ZIP Code **97086** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10068 SE Old Town Court**<br>**Happy Valley, OR**     ZIP Code **97086** |
| County of Residence or of the Principal Place of Business:<br>**Clackamas** | County of Residence or of the Principal Place of Business:<br>**Clackamas** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dong, Eddie Tuyen Anh**<br>**Vo, Vivian Uyen Bich** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Oregon - Discharged 8/19/1999** | Case Number:<br>**99-33517-rld7 H only** | Date Filed:<br>**5/12/99** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ Kelly Kennedy Brown**          **October  8, 2010**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Kelly Kennedy Brown OSB83104** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dong, Eddie Tuyen Anh**<br>**Vo, Vivian Uyen Bich** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eddie Tuyen Anh Dong**
Signature of Debtor  **Eddie Tuyen Anh Dong**

X **/s/ Vivian Uyen Bich Vo**
Signature of Joint Debtor **Vivian Uyen Bich Vo**

Telephone Number (If not represented by attorney)

**October  8, 2010**
Date

### Signature of Attorney*

X **/s/ Kelly Kennedy Brown**
Signature of Attorney for Debtor(s)

**Kelly Kennedy Brown OSB83104**
Printed Name of Attorney for Debtor(s)

**Kelly Kennedy Brown, Attorney**
Firm Name
**520 SW Yamhill St, Suite 420**
**Portland, OR 97204-1306**

Address

**Email: attorney@kellybrown.com**
**503-224-4124 Fax: 503-224-7787**
Telephone Number

**October  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Oregon

In re    **Eddie Tuyen Anh Dong**
          **Vivian Uyen Bich Vo** _____

                                 Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Eddie Tuyen Anh Dong**

                            **Eddie Tuyen Anh Dong**

Date:    **October  8, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Oregon

In re **Eddie Tuyen Anh Dong**                Case No. _____
      **Vivian Uyen Bich Vo** _____

                             Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Vivian Uyen Bich Vo**
                        **Vivian Uyen Bich Vo**

Date:    **October  8, 2010**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re )   Case No. _____
**Eddie Tuyen Anh Dong** )
**Vivian Uyen Bich Vo** )
)   **EXHIBIT "C-1"**
)
)   [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s) )   and attached to <u>ALL</u> copies of the Petition.]

**(NOTE:  You must answer ALL questions.  Attach additional sheets if necessary.  Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1.   DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
       **NONE**

2.   Street address and description of principal assets (note property):
       **10068 SE Old Town Court**
       **Happy Valley OR 97086-0000**

3.   **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:   **October  8, 2010**    **/s/ Eddie Tuyen Anh Dong**                              **/s/ Vivian Uyen Bich Vo**
                                        Debtor's Signature                  Phone #    Joint Debtor's Signature

## BANKRUPTCY DOCUMENT PREPARER DECLARATION

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**
Individual Name <u>and</u> Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:

_____

Signature: _____Last 4 digits of Social Security #:_____ Phone #:_____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

# United States Bankruptcy Court
## District of Oregon

In re **Eddie Tuyen Anh Dong**
**Vivian Uyen Bich Vo**

           Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,845.00 |
| Prior to the filing of this statement I have received | $ | 2,595.00 |
| Balance Due | $ | 2,250.00 |

2. $ **299.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

  ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

  ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  c. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
  d. [Other provisions as needed]
    **Pre-filing exemption planning.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
  **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary proceeding, preparation and filing of reaffirmation agreements, and preparation of audit documents.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **October  8, 2010**

**/s/ Kelly Kennedy Brown**
**Kelly Kennedy Brown OSB83104**
**Kelly Kennedy Brown, Attorney**
**520 SW Yamhill St, Suite 420**
**Portland, OR 97204-1306**
**503-224-4124  Fax: 503-224-7787**
**attorney@kellybrown.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. _____ (If Known) |
| **Eddie Tuyen Anh Dong** | ) | |
| **Vivian Uyen Bich Vo** | ) | CHAPTER 7 INDIVIDUAL DEBTOR'S* |
| | ) | STATEMENT OF INTENTION(S) |
| Debtor(s) | ) | PER 11 U.S.C. §521(a) |

**\*IMPORTANT NOTICES TO DEBTOR(S):**
(1) **SIGN AND FILE this form** <u>even if</u> you show "NONE," <u>**AND**</u>, if creditors are listed, **have the service certificate COMPLETED**; <u>**AND**</u>
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 U.S.C. §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A -** Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Banner Bank** | **Describe Property Securing Debt:**<br>**$239,950 Value Residence:**<br>**10068 SE Old Town Court**<br>**Happy Valley, OR 97086**<br>**Purchase Dare: 9/22/2009**<br>**Purchase Price: $239,950**<br>**Last Refinance: N/A** |

Property will be (check one): ☐ SURRENDERED   ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 USC §522(f) _____

Property is (check one): ☑ CLAIMED AS EXEMPT   ☐ NOT CLAIMED AS EXEMPT

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Northwestern Mutual** | **Describe Property Securing Debt:**<br>**Northwestern Mutual Life Insurance Policies (no value to the estate):**<br>**Wife's two policies, husband is beneficiary of both - cash values $0 and $12.96**<br>**Minor son's policy, debtors are beneficiaries - cash value $1,868.30 less loan $105.69** |

Property will be (check one): ☐ SURRENDERED   ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 USC §522(f) _____

Property is (check one): ☑ CLAIMED AS EXEMPT   ☐ NOT CLAIMED AS EXEMPT

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Tempus Resorts** | **Describe Property Securing Debt:**<br>**Timeshare at Mystic Dunes Resort & Golf Club** |

Property will be (check one): ■ SURRENDERED    ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 USC §522(f)_____

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2)<br>☐ YES    ☐ NO |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.*

DATE:  **October  8, 2010**_____

**/s/ Eddie Tuyen Anh Dong**_____
DEBTOR'S SIGNATURE

**/s/ Vivian Uyen Bich Vo**
JOINT DEBTOR'S SIGNATURE (If applicable)

*I/WE, THE UNDERSIGNED, CERTIFY THAT COPIES OF BOTH THIS DOCUMENT AND LOCAL FORM #715 WERE SERVED ON ANY CREDITOR NAMED ABOVE.*

DATE:  **October  8, 2010**_____

**/s/ Kelly Kennedy Brown**_____**OSB83104**
DEBTOR OR ATTORNEY'S SIGNATURE            OSB# (if attorney)

_____
JOINT DEBTOR'S SIGNATURE (If applicable and no attorney)

**Kelly Kennedy Brown OSB83104    503-224-4124**
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

**520 SW Yamhill St, Suite 420**
**Portland, OR 97204-1306**
SIGNER'S ADDRESS (if attorney)

## NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

## QUESTIONS????
**Call an attorney with questions about these procedures or the law.  However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## PROCEDURES CREATED BY THE BANKRUPTCY COURT CONCERNING REQUESTS FOR NON-JUDICIAL RELIEF FROM THE AUTOMATIC STAY AS TO SECURED COLLATERAL IN CHAPTER 7 CASES

If you are interested in expediting relief from the automatic stay of 11 U.S.C. §362(a) as to property in which you hold a security interest, **YOU MUST FURNISH** the trustee a statement of the balance due and estimated property value.  **ALSO ATTACH** a copy of your security agreement and other documents required for perfection (e.g., if the security is an automobile, a copy of the certificate of title showing your security interest). **YOU MUST ALSO ATTACH** a completely filled out (except for signatures) copy of LBF #750.

**DO NOT FILE THE REQUEST NOR ANY COPIES THEREOF WITH THE COURT! ALSO, YOU ARE NOT REQUIRED TO FILE THE COMPLETED LBF #750 WITH THE COURT TO MAKE THIS RELIEF EFFECTIVE!**

Under §522(f) of the Bankruptcy Code the debtor may request a judicial lien or a non-possessory, non purchase-money security interest on certain exempt property be voided to the extent the exemption is impaired by the lien or security interest. Under §722 the debtor may request the court determine the value of certain personal property and permit the debtor to redeem the property from any lien against it by paying that value to the lien holder. Because of these two sections, the consent of both the trustee and debtor is required to permit a repossession or foreclosure without court order.

IF YOUR REQUEST TO RECEIVE NON-JUDICIAL RELIEF FROM STAY WILL BE MADE AT THE MEETING OF CREDITORS (OR IS SERVED WITHIN 15 DAYS PRIOR TO SUCH MEETING and therefore will be considered at the meeting), it must be in writing and contain all the information required in paragraph one.  Copies of all documents must be submitted to the debtor and any debtor's attorney prior to that meeting.

IF YOU WISH TO RECEIVE NON-JUDICIAL RELIEF FROM STAY PRIOR TO THE MEETING OF CREDITORS, OR IF YOUR REQUEST IS MADE AFTER THE MEETING OF CREDITORS, IT MUST BE IN WRITING and contain all the information required in paragraph one.  If the request includes a signed debtor stipulation, nothing further is required and the trustee may immediately process the request. However if the request does not include a signed debtor stipulation, then it MUST BOTH: (1) certify copies of all documents were simultaneously served on (e.g., mailed to) the debtor and any debtor's attorney, AND (2) clearly set out the following notice:

> "By way of this letter the debtor is informed that the trustee may grant non-judicial relief from the automatic stay as to the property UNLESS THE TRUSTEE IS NOTIFIED IN WRITING WITHIN 15 DAYS AFTER THE SERVICE OF THIS REQUEST THAT THE DEBTOR OBJECTS TO SUCH RELIEF.  Such relief shall constitute a termination of the stay provided by 11 U.S.C. §362(a) and will permit this creditor to foreclose his lien or security interest by repossession or as otherwise provided by law."

Objections to non-judicial relief from the automatic stay, unless made at the meeting of creditors, must be in writing, with a copy simultaneously served on the debtor, requesting creditor, trustee, and their respective attorneys of record.  The objection must be post-marked by the 15th day after the request was served, and received by the trustee within 20 days, or the trustee may grant the request.

If the trustee receives a timely objection from the debtor, the trustee shall not grant non-judicial relief or consider repetitive requests by the same creditor unless the debtor withdraws such objection in writing.

The trustee will grant non-judicial relief from the automatic stay if the above requirements are met, the debtor either does not timely object or stipulates in writing to such relief, and there appears to be no equity in the property for the benefit of creditors.

Signing of LBF #750 by the trustee, granting non-judicial relief, shall constitute a termination of the stay of an act against such property under 11 U.S.C. §362(a).  The trustee, however, shall not be deemed to have abandoned his/her interest in the property, nor have waived any other rights as to the property.  Any non-exempt equity in the property remaining after disposition shall be immediately returned to the trustee.

If either the trustee or debtor(s) will not agree to such relief for any reason, you must file a motion for relief from stay under §362(d). Instructions and forms may be obtained from the Clerk's office.

IMPORTANT.  All requests to the trustee MUST be accompanied by a self-addressed and stamped envelope, or the trustee need not respond.

***SEE REVERSE/ATTACHED***

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Oregon

In re    **Eddie Tuyen Anh Dong,**               Case No. _____

        **Vivian Uyen Bich Vo**

                                            ,    Chapter _____**7**_____

                               Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 119,975.00 | | |
| B - Personal Property | Yes | 4 | 18,185.21 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 223,011.35 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 129,966.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | 2,259,346.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,168.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,680.00 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 138,160.21 | | |
| Total Liabilities | | | | 2,612,323.35 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Eddie Tuyen Anh Dong,**                                      Case No. _____

             **Vivian Uyen Bich Vo**

                                    Debtors         Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 129,966.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 129,966.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,168.00 |
| Average Expenses (from Schedule J, Line 18) | 7,680.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,058.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 102,936.35 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 27,132.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 102,834.00 |
| 4. Total from Schedule F | | 2,259,346.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,465,116.35 |

B6A (Official Form 6A) (12/07)

In re    **Eddie Tuyen Anh Dong,**                            Case No. _____
       **Vivian Uyen Bich Vo**

                                             Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **$239,950 Value Residence:**<br>**10068 SE Old Town Court**<br>**Happy Valley, OR 97086**<br>**Purchase Dare: 9/22/2009**<br>**Purchase Price: $239,950**<br>**Last Refinance: N/A** | **Wife is 1/2 Fee Owner**<br>**with her father Dong T Vo** | **J** | **119,975.00** | **217,901.00** |

| | | |
|---|---|---|
| Sub-Total > | **119,975.00** | (Total of this page) |
| Total > | **119,975.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Eddie Tuyen Anh Dong,**                                      Case No. _____
     **Vivian Uyen Bich Vo**

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Electronics: $310**<br>**Furnishings: $300** | - | 610.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Piano: $300**<br>**Cds, records and tapes: $50** | - | 350.00 |
| 6.  Wearing apparel. | | **Clothing** | - | 300.00 |
| 7.  Furs and jewelry. | | **Watch: $500** | - | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual Life Insurance Policies (no value to the estate):**<br>**Wife's two policies, husband is beneficiary of both - cash values $0 and $12.96**<br>**Minor son's policy, debtors are beneficiaries - cash value $1,868.30 less loan $105.69**<br>**Minor daughter's policy, debtors are beneficiaries - cash value $1,926.00 less loan $114.66** | J | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total ><br>(Total of this page) | 1,810.00 |
|---|---|---|

  __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**                                             Case No. _____
        **Vivian Uyen Bich Vo**

_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **College SAVE 529 Plan for minor son: $7,984.39 College SAVE 529 Plan for minor daughter: $2,732.92 Scholar's Edge/New York Life acct for minor son: $723.81 Scholar's Edge/New York Life acct for minor daughter: $716.57 (All accounts funded by grandmother; debtors have no financial interest in accounts)** | J | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Morgan Stanley Roth IRA - H: $151.89** | H | 151.89 |
| | | **New York Life IRAs - H: $11,161.56, W: $2,111.76** | J | 13,273.32 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wife is 1/2 owner with mother in Votran, LLC - no assets, $340,000 in debts - no value, not operating, LLC dissolved** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Net Wages Due - H: $0  W: $0** | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >            **13,425.21**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**                                                    Case No. _____
         **Vivian Uyen Bich Vo**
                                                                        ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2007 claim v Adam/Plaza East/Universal East, dba Team Management (landlord) for recovery of seized business records - no monetary value** | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Honda Civic Mileage: 105,000 Condition: Fair Free and Clear 2 Dealers' Cash Offers: $2,500 and $2,550** | J | 2,550.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2007 Computer** | J | 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                2,850.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**                                              Case No. _____
         **Vivian Uyen Bich Vo**
_____ ,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare at Mystic Dunes Resort & Golf Club** | **J** | **100.00** |

|  |  |
|---|---|
| Sub-Total > | **100.00** |
| (Total of this page) | |
| Total > | **18,185.21** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Eddie Tuyen Anh Dong,**
**Vivian Uyen Bich Vo**

Case No. _____

,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**$239,950 Value Residence:**<br>**10068 SE Old Town Court**<br>**Happy Valley, OR 97086**<br>**Purchase Dare: 9/22/2009**<br>**Purchase Price: $239,950**<br>**Last Refinance: N/A** | ORS §§ 18.395, 18.402 | 40,000.00 | 119,975.00 |
| **Cash on Hand**<br>Cash | ORS § 18.345(1)(o) | 50.00 | 50.00 |
| **Household Goods and Furnishings**<br>**Electronics: $310**<br>**Furnishings: $300** | ORS § 18.345(1)(f) | 610.00 | 610.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Piano: $300**<br>**Cds, records and tapes: $50** | ORS § 18.345(1)(a) | 350.00 | 350.00 |
| **Wearing Apparel**<br>Clothing | ORS § 18.345(1)(b) | 300.00 | 300.00 |
| **Furs and Jewelry**<br>**Watch: $500** | ORS § 18.345(1)(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies**<br>**Northwestern Mutual Life Insurance Policies (no value to the estate):**<br>**Wife's two policies, husband is beneficiary of both - cash values $0 and $12.96**<br>**Minor son's policy, debtors are beneficiaries - cash value $1,868.30 less loan $105.69**<br>**Minor daughter's policy, debtors are beneficiaries - cash value $1,926.00 less loan $114.66** | ORS §§ 743.046, 732.240 | 0.00 | 0.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan**<br>**College SAVE 529 Plan for minor son: $7,984.39**<br>**College SAVE 529 Plan for minor daughter: $2,732.92**<br>**Scholar's Edge/New York Life acct for minor son: $723.81**<br>**Scholar's Edge/New York Life acct for minor daughter: $716.57**<br>**(All accounts funded by grandmother; debtors have no financial interest in accounts)** | ORS §§ 18.358, 238.445 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Morgan Stanley Roth IRA - H: $151.89** | ORS §§ 18.358, 238.445 | 151.89 | 151.89 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Eddie Tuyen Anh Dong,**                Case No. _____
       **Vivian Uyen Bich Vo**

,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| New York Life IRAs - H: $11,161.56, W: $2,111.76 | ORS §§ 18.358, 238.445 | 13,273.32 | 13,273.32 |
| **Stock and Interests in Businesses** Wife is 1/2 owner with mother in Votran, LLC - no assets, $340,000 in debts - no value, not operating, LLC dissolved | ORS § 18.345(1)(o) | 750.00 | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** Net Wages Due - H: $0  W: $0 | ORS § 18.385 | 0.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** 2007 claim v Adam/Plaza East/Universal East, dba Team Management (landlord) for recovery of seized business records - no monetary value | ORS § 18.345(1)(o) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2002 Honda Civic Mileage: 105,000 Condition: Fair Free and Clear 2 Dealers' Cash Offers: $2,500 and $2,550 | ORS § 18.345(1)(d) | 6,000.00 | 2,550.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** 2007 Computer | ORS § 18.345(1)(c) | 300.00 | 300.00 |
| **Other Personal Property of Any Kind Not Already Listed** Timeshare at Mystic Dunes Resort & Golf Club | ORS § 18.345(1)(o) | 0.00 | 100.00 |
| | Total: | 62,285.21 | 138,160.21 |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Eddie Tuyen Anh Dong,**
**Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **17032673**<br><br>Banner Bank<br>PO Box 907<br>Walla Walla, WA 99362 | X | J | Mortgage<br>$239,950 Value Residence:<br>10068 SE Old Town Court<br>Happy Valley, OR 97086<br>Purchase Dare: 9/22/2009<br>Purchase Price: $239,950<br>Last Refinance: N/A | | | | | |
| | | | Value $ 119,975.00 | | | | 217,901.00 | 97,926.00 |
| Account No.<br><br>Banner Bank<br>c/o Community Financial Corporation<br>15540 SW Boones Ferry Rd<br>PO Box 1969<br>Lake Oswego, OR 97035 | | | Representing:<br>Banner Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No.<br><br>Northwestern Mutual<br>c/o Michael Willig, Representative<br>1 Centerpointe Dr, Ste 120<br>Lake Oswego, OR 97035 | | J | Loans (2)<br>Northwestern Mutual Life Insurance<br>Policies (no value to the estate):<br>Wife's two policies, husband is<br>beneficiary of both - cash values $0 and<br>$12.96<br>Minor son's policy, debtors are<br>beneficiaries - cash value $1,868.30 less | | | | | |
| | | | Value $ 0.00 | | | | 220.35 | 220.35 |
| Account No. **011624800**<br><br>Tempus Resorts<br>c/o Palms Condo Association<br>PO Box 538699<br>Atlanta, GA 30353-8699 | | J | Loan and Maintenance Dues<br><br>Timeshare at Mystic Dunes Resort &<br>Golf Club | | | | | |
| | | | Value $ 100.00 | | | | 4,890.00 | 4,790.00 |

___1___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 223,011.35 | 102,936.35 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**          Case No. _____
         **Vivian Uyen Bich Vo**

_____ ,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Tempus Resorts** **5422 Carrier Dr, Ste 100** **Orlando, FL 32819** | | | | **Representing:** **Tempus Resorts** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Tempus Resorts** **Tempus Palms International** **PO Box 690895** **Orlando, FL 32869** | | | | **Representing:** **Tempus Resorts** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 223,011.35 | 102,936.35 |

B6E (Official Form 6E) (4/10)

.

In re   **Eddie Tuyen Anh Dong,**                                          Case No. _____
      **Vivian Uyen Bich Vo**

_____ ,
                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                      **2**  _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Eddie Tuyen Anh Dong,**
      **Vivian Uyen Bich Vo**
                                     , Debtors

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **434450** <br><br> **City of Portland** <br> **Office of Management and Finance** <br> **111 SW Columbia St. Ste 600** <br> **Portland, OR 97201** | | J | **Multnomah Co Business Taxes and City of Portland Business License Taxes for Puong Dong Times** <br> **2006 - 2008: $12,722** <br> **2009: $4,157** <br> **Multnomah Co Case No 091014887** | | | | **16,879.00** | **12,722.00** | **4,157.00** |
| Account No. <br><br> **City of Portland** <br> **c/o Portland City Attorney's Office** <br> **1221 SW 4th Ave, Rm 430** <br> **Portland, OR 97204** | | | **Representing:** <br> **City of Portland** | | | | **Notice Only** | | |
| Account No. <br><br> **IRS - P** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | J | **Personal Income Taxes:** <br> **2004 - $3,365** <br> **2005 - $14,577 Filed** <br> **2006 - $11,256 Filed** <br> **2007 - $20,069 tax lien filed** <br> **2008 - $16,188 tax lien filed** <br> **2008 - $10,028 tax lien filed** <br> **2008 - $20,715** | | | | **96,198.00** | **75,483.00** | **20,715.00** |
| Account No. <br><br> **Multnomah County ITAX - P** <br> **PO Box 279** <br> **Portland, OR 97207-0279** | | J | **Personal Income Taxes:** <br> **2005 - $340** | | | | **340.00** | **340.00** | **0.00** |
| Account No. <br><br> **Multnomah County ITAX** <br> **c/o Asset Systems** <br> **PO Box 14550** <br> **Portland, OR 97293-0550** | | | **Representing:** <br> **Multnomah County ITAX - P** | | | | **Notice Only** | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    **88,545.00**    **24,872.00**
(Total of this page)    **113,417.00**    **24,872.00**

B6E (Official Form 6E) (4/10) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**                                    Case No. _____

                                                              ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ODR Bkcy - P**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | | J | **Personal Income Taxes:**<br>**2007 - $1,428**<br>**2006 - $5,000 (Filed)**<br>**2005 - $5,407 (Filed)**<br>**Vo Tran LLC Taxes:**<br>**2007 - $1,414**<br>**2006 - $448** | | | | **13,697.00** | **13,697.00** | **0.00** |
| Account No.<br><br>**Oregon Employment Department**<br>**PO Box 4395 Unit 2**<br>**Portland, OR 97208-4395** | | J | **Employment Tax for Vina Deli**<br>**2007 - $592**<br>**2008 - $44**<br>**1203749-5 $2,031**<br>**Employment Tax for Phuong Dong**<br>**2008 - $185** | | | | **2,852.00** | **592.00** | **2,260.00** |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **14,289.00** |
| | **16,549.00** | **2,260.00** |
| Total<br>(Report on Summary of Schedules) | | **102,834.00** |
| | **129,966.00** | **27,132.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Eddie Tuyen Anh Dong,**
       **Vivian Uyen Bich Vo**                                        Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Adventist Health Medical Clinic PO Box 92900 Portland, OR 97292-2900** | | J | | | Medical Services 48655 $165 280488 $8,289 3118659 $479 | | | | 8,933.00 |
| Account No. **Adventist Health Medical Clinic 2020 SE 182nd Ave Portland, OR 97233** | | | | | Representing: Adventist Health Medical Clinic | | | | Notice Only |
| Account No. **Adventist Health Medical Clinic c/o Accent PO Box 15038 Portland, OR 97293-0188** | | | | | Representing: Adventist Health Medical Clinic | | | | Notice Only |
| Account No. **Adventist Health Medical Clinic c/o Asset Systems, Inc PO Box 14949 4520 SE Belmont Ste 280 Portland, OR 97215** | | | | | Representing: Adventist Health Medical Clinic | | | | Notice Only |

__48__  continuation sheets attached

Subtotal
(Total of this page)                                            8,933.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**                                                     Case No. _____
       **Vivian Uyen Bich Vo**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| Account No. **679-269948 and 269884** <br><br> **Altamont Homeowner's Association c/o Northwest Community Management PO Box 23099 Portland, OR 97281-3099** | J | | | **Homeowners' association dues on foreclosed properties @ 9452 SE Chatfield and 8996 SE Bristol Park Dr** | | | | **1,230.00** |
| Account No. <br><br> **Altamont Homeowners' Association c/o VialFotheringham LLP NW HOA Law Center 7000 SW Varns St Portland, OR 97223** | | | | **Representing: Altamont Homeowner's Association** | | | | **Notice Only** |
| Account No. <br><br> **American Express - P PO Box 360001 Ft. Lauderdale, FL 33336-0001** | J | | | **3712 762597 01008 $9,016 3715 527204 21008 $6,323 3717 524897 41006 $7,289 3717 324788 61007 $4,020** | | | | **26,648.00** |
| Account No. <br><br> **American Express PO Box 981537 El Paso, TX 79998** | | | | **Representing: American Express - P** | | | | **Notice Only** |
| Account No. <br><br> **American Express c/o Asset Acceptance PO Box 2036 Warren, MI 48090** | | | | **Representing: American Express - P** | | | | **Notice Only** |

Sheet no. __1__ of __48__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)          **27,878.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**                                      Case No. _____
        **Vivian Uyen Bich Vo**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express c/o Palisades Collection 210 Sylvan Ave Englewood Cliffs, NJ 07632** | | | Representing: American Express - P | | | | **Notice Only** |
| Account No. **American Express c/o Daniel N Gordon, PC 4023 W 1st Ave PO Box 22338 Eugene, OR 97402** | | | Representing: American Express - P | | | | **Notice Only** |
| Account No. **American Express c/o NCO Financial PO Box 15773 Wilmington, DE 19850-5773** | | | Representing: American Express - P | | | | **Notice Only** |
| Account No. **American Express c/o Nationwide Credit Inc PO Box 740640 Atlanta, GA 30374-0640** | | | Representing: American Express - P | | | | **Notice Only** |
| Account No. **American Express c/o Zwicker & Associates 80 Minuteman Rd Andover, MA 01810-1031** | | | Representing: American Express - P | | | | **Notice Only** |

Sheet no. __**2**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express**<br>**c/o American Recovery Services**<br>**555 St Charles Dr, Ste 100**<br>**Thousand Oaks, CA 91360** | | | **Representing:**<br>**American Express - P** | | | | **Notice Only** |
| Account No.<br><br>**American Express**<br>**c/o First Source Advantage**<br>**PO Box 628**<br>**Buffalo, NY 14240-0628** | | | **Representing:**<br>**American Express - P** | | | | **Notice Only** |
| Account No.<br><br>**Anthony Capistrano**<br>**13810 SW Marcia Dr**<br>**Portland, OR 97223** | | J | **Precautionary - possible co-obligor on various debts** | | | | **0.00** |
| Account No. **17777001**<br><br>**Aramark Uniform Services**<br>**PO Box 20969**<br>**Portland, OR 97294** | | J | **Business Debt** | | | | **692.00** |
| Account No.<br><br>**Aramark Uniform Services**<br>**c/o NACM Oregon**<br>**7931 NE Halsey St #200**<br>**Portland, OR 97213** | | | **Representing:**<br>**Aramark Uniform Services** | | | | **Notice Only** |

Sheet no. __3__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

**692.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Case No. 090201880** | | | | | **Multnomah Co Judgment** | | | | |
| **Asset Systems, Inc - P** c/o Asset Systems, Inc PO Box 14949 4520 SE Belmont Ste 280 Portland, OR 97215 | | | J | | | | | | 10,183.00 |
| Account No. | | | | | | | | | |
| **Asset Systems, Inc** c/o Smith & Greaves, LLP 2121 SW Broadway, Ste 100 Portland, OR 97201-3180 | | | | | **Representing: Asset Systems, Inc - P** | | | | Notice Only |
| Account No. | | | | | **Precautionary** | | | | |
| **ATT Universal Card** PO Box 6920 THe Lakes, NV 88901-6921 | | | J | | | | | | 0.00 |
| Account No. **6018 5900 5258 3280** | | | | | **Credit Card** | | | | |
| **Banana Republic** c/o Monogram Credit/ Bank of Georgia PO Box 103090 Roswell, GA 30076 | | | J | | | | | | 1,359.00 |
| Account No. | | | | | **Representing: Banana Republic** | | | | |
| **Banana Republic** c/o GE Money Bank Attn: Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 | | | | | | | | | Notice Only |

Sheet no. __4__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,542.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**
        **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Banana Republic** **c/o Zwicker & Associates** **80 Minuteman Rd** **Andover, MA 01810-1031** | | | **Banana Republic** | | | | **Notice Only** |
| Account No. | | | Representing: | | | | |
| **Banana Republic** **c/o Credit Control LLC** **PO Box 488** **Hazelwood, MO 63042** | | | **Banana Republic** | | | | **Notice Only** |
| Account No. | | | **Credit Card - Precautionary** **4264 2950 8216 5514** **4264 2819 7363 2283** | | | | |
| **Bank of America** **PO Box 17220** **Baltimore, MD 21297-1220** | | J | | | | X | |
| | | | | | | | **0.00** |
| Account No. 11204643 | | | **Credit Line/NSF** | | | | |
| **Bank of the West** **Bankcard Center** **PO Box 29450** **Honolulu, HI 96820-1850** | | J | | | | | |
| | | | | | | | **493.00** |
| Account No. | | | Representing: | | | | |
| **Bank of the West** **c/o The Best Service Co** **10780 Santa Monica Blvd** **Los Angeles, CA 90025** | | | **Bank of the West** | | | | **Notice Only** |

Sheet no. __5__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**493.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Biomedical Systems Corp**<br>**2618 Reliable Parkway**<br>**Chicago, IL 60686-0026** | | J | Medical Services | | | | 90.00 |
| Account No. **0151597100503184**<br><br>**Bowflex**<br>**c/o EMCC Investment Ventures**<br>**c/o Riexinger & Associates, LLC**<br>**PO Box 956188**<br>**Duluth, GA 30095-9504** | | J | Credit Lines | | | | 1,867.00 |
| Account No. <br><br>**Cal Produce**<br>**818 SE Ankeny St**<br>**Portland, OR 97214** | | J | Business Debt | | | | 5,157.00 |
| Account No. **061650**<br><br>**Capital for Merchants LLC**<br>**c/o Commercial Services Group Inc**<br>**11603 Shelbyville Rd, Ste 3-4**<br>**Louisville, KY 40243-1371** | | J | Business Debt | | | | 22,481.00 |
| Account No. **5291 1523 9146 6071**<br><br>**Capital One - P**<br>**Bankruptcy Correspondence**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | J | Credit Cards<br>Clackamas Co Case No. LV09020545 | | | | 7,821.00 |

Sheet no. __6___ of __48___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,416.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**                             Case No. _____
               **Vivian Uyen Bich Vo**
                                                  ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| **Capital One** **c/o Derrick McGavic, Atty** **PO Box 10163** **Eugene, OR 97440** | | | | **Capital One - P** | | | | **Notice Only** |
| Account No. | | | | Representing: | | | | |
| **Capital One - P** **PO Box 5155** **Norcross, GA 30091** | | | | **Capital One - P** | | | | **Notice Only** |
| Account No. | | | | **Utilities** | | | | |
| **CEP Portland** **PO Box 2065** **Seattle, WA 98111-2065** | J | | | | | | | **691.00** |
| Account No. | | | | Representing: | | | | |
| **CEP Portland** **c/o Valley Credit Service** **960 Broadway N.E. Suite 4** **Salem, OR 97301** | | | | **CEP Portland** | | | | **Notice Only** |
| Account No. | | | | **Business Debt** **XXXX $390** **Credit Cards** **4254 4950 0023 9795 $12,598** **4559 9650 0000 5364 $12,960** **5416 5774 0513 5173 $1,361** **NSF** **308-253165-5 $1,875** | | | | |
| **Chase - P** **PO Box 15153** **Wilmington, DE 19850-5153** | J | | | | | | | **29,184.00** |

Sheet no. __7__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                             (Total of this page)      **29,875.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**
      **Vivian Uyen Bich Vo**
                                             ,
                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Chase** **c/o NCO Financial Systems** **PO Box 4903** **Trenton, NJ 08650-4907** | | | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Chase** **c/o ER Solutions** **PO Box 9004** **Renton, WA 98057** | | | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Chase** **c/o IC Systems, Inc.** **444 Highway 96 East** **POB 64887** **Saint Paul, MN 55164-0887** | | | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Chase** **c/o Pinnacle Financial Group** **7825 Washington Ave, Ste 310** **Minneapolis, MN 55439** | | | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Chase** **c/o LVNV Funding** **PO Box 740281** **Houston, TX 77274** | | | | | Representing: **Chase - P** | | | | **Notice Only** |

Sheet no. __8___ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**
        **Vivian Uyen Bich Vo**
                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chase c/o Resurgent Capital Svcs PO Box 10826 Greenville, SC 29603** | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Chase c/o Professional Recovery Svc PO Box 1880 Voorhees, NJ 08043-7880** | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Chase c/o Northland Group PO Box 390846 Minneapolis, MN 55439** | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Chase c/o Superlative RM 9381 E Stockton Blvd, Ste 116 Elk Grove, CA 95624** | | | Representing: **Chase - P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Chase c/o Stephens and Michaels Assoc PO Box 109 Salem, NH 03079-0109** | | | Representing: **Chase - P** | | | | **Notice Only** |

Sheet no. __9__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
      **Vivian Uyen Bich Vo**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Chase**<br>**c/o Capital Management**<br>**726 Exchange St, Ste 700**<br>**Buffalo, NY 14210** | | | | Representing:<br>Chase - P | | | | **Notice Only** |
| Account No. **1523 0035 0094 7213**<br><br>**Circuit City/Chase**<br>**PO Box 94011**<br>**Palatine, IL 60094** | | J | | Credit Card | | | | **2,137.00** |
| Account No.<br><br>**Circuit City/Chase**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | | | Representing:<br>Circuit City/Chase | | | | **Notice Only** |
| Account No.<br><br>**Circuit City/Chase**<br>**c/o Creditors Financial Group**<br>**PO Box 440290**<br>**Aurora, CO 80044-0290** | | | | Representing:<br>Circuit City/Chase | | | | **Notice Only** |
| Account No.<br><br>**Circuit City/Chase**<br>**c/o FMA Alliance**<br>**PO Box 2409**<br>**Houston, TX 77252-2409** | | | | Representing:<br>Circuit City/Chase | | | | **Notice Only** |

Sheet no. __**10**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,137.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**
       **Vivian Uyen Bich Vo**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Citi - P Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195** | | | J | | **Credit Cards 5082 2900 3151 0313 $8,120 4309550160402 $5,571 8530642548 $2,182 495125932 $137** | | | | 16,010.00 |
| Account No. **Citi PO Box 10099 Toledo, OH 43699** | | | | | Representing: Citi - P | | | | Notice Only |
| Account No. **Citi c/o Portfolio Recovery 120 Corporate Blvd, Ste 100 Norfolk, VA 23502** | | | | | Representing: Citi - P | | | | Notice Only |
| Account No. **Citi c/o Capital Management Svcs 726 Exchange St, Ste 700 Buffalo, NY 14210** | | | | | Representing: Citi - P | | | | Notice Only |
| Account No. **Citi c/o Midland Credit Management PO Box 60578 Los Angeles, CA 90060-0578** | | | | | Representing: Citi - P | | | | Notice Only |

Sheet no. __11__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,010.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**
       **Vivian Uyen Bich Vo**
                                                                    Case No. _____

                                                    _____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Citi**<br>**c/o LTD Financial Services**<br>**7322 SW Freeway Ste 1600**<br>**Houston, TX 77074** | | | Representing:<br>Citi - P | | | | **Notice Only** |
| Account No. **6032 5903 2492 0171** <br><br>**Citifinancial - P**<br>**3889 SW Hall Blvd**<br>**Beaverton, OR 97005** | | J | Furniture Purchase | | | | **4,697.00** |
| Account No. <br><br>**Citifinancial**<br>**c/o Wickes Furniture**<br>**PO Box 22060**<br>**Tempe, AZ 85281** | | | Representing:<br>Citifinancial - P | | | | **Notice Only** |
| Account No. <br><br>**Citifinancial - P**<br>**11 Northpoint Dr**<br>**Coppell, TX 75019** | | | Representing:<br>Citifinancial - P | | | | **Notice Only** |
| Account No. <br><br>**City of Portland**<br>**PO Box 4216**<br>**Portland, OR 97208-4216** | | J | Utilities<br>03188863 $270<br>03189271 $66 | | | | **336.00** |

Sheet no. __12__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,033.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
     **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**City of Portland** <br>**c/o Professional Credit Service** <br>**PO Box 7548** <br>**Eugene, OR 97401-0039** | | | Representing: <br>City of Portland | | | | **Notice Only** |
| Account No. **01842135** <br><br>**Clackamas County Tax Assessor -P-** <br>**150 Beavercreek Road** <br>**Oregon City, OR 97045** | | J | **Delinquent property taxes on foreclosed property @ 9452 SE Chatfield Ct, Portland, OR 97266 - Precautionary** | | | | **0.00** |
| Account No. <br><br>**Clackamas County Tax Assessor** <br>**c/o Ray Erland, Assessor** <br>**168 Warner Milne Rd** <br>**Oregon City, OR 97045-4098** | | | Representing: <br>Clackamas County Tax Assessor -P- | | | | **Notice Only** |
| Account No. **066504213** <br><br>**Countrywide Home Loans, Inc** <br>**c/o David Sambol, President** <br>**4500 Park Granada** <br>**Calabasas, CA 91302** | | J | **First Mortgage on foreclosed property @ 16595 NE Pacific, Portland, OR 97230-6159 - Precautionary** | | | | **0.00** |
| Account No. <br><br>**BAC Home Loans Servicing LP** <br>**fka Countrywide Home Loans** <br>**PO Box 5170** <br>**Simi Valley, CA 93062** | | | Representing: <br>Countrywide Home Loans, Inc | | | | **Notice Only** |

Sheet no. __**13**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**        Case No. _____
      **Vivian Uyen Bich Vo**
                                                                   ,
                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**BAC Home Loans Servicing, LP c/o CT Corporation System 388 State St # 420 Salem, OR 97301** | | | | | **Representing: Countrywide Home Loans, Inc** | | | | **Notice Only** |
| Account No. <br><br>**Countrywide Home Loans, Inc 1757 Tapo Canyon Rd, SVW88 Simi Valley, CA 93063** | | | | | **Representing: Countrywide Home Loans, Inc** | | | | **Notice Only** |
| Account No. **2965786 5325993** <br><br>**Crystal + Sierra Springs 4170 Tanner Creek Dr Flowery Branch, GA 30542** | | | J | | **Water Service - Precautionary** | | | | 0.00 |
| Account No. **6879 4501 1903 0088 953** <br><br>**Dell Financial Services PO Box 6403 Carol Stream, IL 60197-6403** | | | J | | **Computer Finance** | | | | 3,654.00 |
| Account No. <br><br>**Dell Financial Services PO Box 81577 Austin, TX 78708-1577** | | | | | **Representing: Dell Financial Services** | | | | **Notice Only** |

Sheet no. __**14**__ of __**48**__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)      **3,654.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
         **Vivian Uyen Bich Vo**
                                                                    Case No. _____
                                                         ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dell Financial Services c/o Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046** | | | Representing: **Dell Financial Services** | | | | **Notice Only** |
| Account No. **Dell Financial Services c/o Encore Receivable Mngmt 400 N Rogers Rd PO Box 3330 Olathe, KS 66063-3330** | | | Representing: **Dell Financial Services** | | | | **Notice Only** |
| Account No. **Discover -P PO Box 30395 Salt Lake City, UT 84130-0395** | | J | **Credit Card 6011 2089 9728 3430 $6,912 6011 0098 7728 3908 $3,967** | | | | **10,879.00** |
| Account No. **Discover PO Box 15316 Wilmington, DE 19850-5316** | | | Representing: **Discover -P** | | | | **Notice Only** |
| Account No. **Discover c/o Protocol Recovery Service 509 Mercer Ave Panama City, FL 32401-2631** | | | Representing: **Discover -P** | | | | **Notice Only** |

Sheet no. **15** of **48** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10,879.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**                                                    Case No. _____
       **Vivian Uyen Bich Vo**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Discover** **c/o CBCS** **PO Box 1810** **Columbus, OH 43216-1810** | | | Representing: **Discover -P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Discover** **c/o Nationwide Credit** **PO Box 740640** **Atlanta, GA 30374** | | | Representing: **Discover -P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Discover** **c/o Financial Recovery Services** **PO Box 385908** **Minneapolis, MN 55438-5908** | | | Representing: **Discover -P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Disney Activity Calendar** **PO Box 6024** **Jefferson City, MO 65102-6024** | | J | **Mail Order** **886201128-604 $24** **081920044625 $30** | | | | **54.00** |
| Account No. | | | | | | | |
| **Disney Activity Calendar** **c/o North Shore Agency** **PO Box 8901** **Westbury, NY 11590-8901** | | | Representing: **Disney Activity Calendar** | | | | **Notice Only** |

Sheet no. __**16**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**                              Case No. _____
           **Vivian Uyen Bich Vo**

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | |
| Account No. **1944571** | | | Mail Order | | | | |
| **Disney Movie Club** **PO Box 758** **Neenah, WI 54957-0758** | J | | | | | | 82.00 |
| Account No. **104004411** | | | Mail Orders | | | | |
| **Disney Yearbook/Early Moments** **934 Plaza Dr** **Montoursville, PA 17754-2400** | J | | | | | | 23.00 |
| Account No. | | | Representing: Disney Yearbook/Early Moments | | | | |
| **Disney Yearbook/Early Moments** **PO Box 191** **Montoursville, PA 17754-0191** | | | | | | | Notice Only |
| Account No. | | | Representing: Disney Yearbook/Early Moments | | | | |
| **Disney Yearbook/Early Moments** **c/o Eastern Collection Corp** **PO Box 453** **Bohemia, NY 11716-0453** | | | | | | | Notice Only |
| Account No. | | | Co-obligor on Banner Bank Mortgage - Precautionary | | | | |
| **Dong T Vo** **10068 SE Old Town Court** **Happy Valley, OR 97086** | J | | | | | | 0.00 |
| Sheet no. __17__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 105.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**　　　　　　　　　　　　　　　　　Case No. _____
　　　**Vivian Uyen Bich Vo**

_____,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card 5856 3773 7289 8291 | | | | |
| Eddie Bauer PO Box 659705 San Antonio, TX 78265-9705 | | J | | | | | 358.00 |
| Account No. | | | Representing: Eddie Bauer | | | | |
| Eddie Bauer c/o WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | | | | | | Notice Only |
| Account No. | | | Representing: Eddie Bauer | | | | |
| Eddie Bauer c/o Asset Acceptance PO Box 2036 Warren, MI 48090 | | | | | | | Notice Only |
| Account No. | | | Credit Card 905 229 498 $485 | | | | |
| Express PO Box 182125 Columbus, OH 43218-2125 | | J | | | | | 485.00 |
| Account No. | | | Representing: Express | | | | |
| Express PO Box 659728 San Antonio, TX 78265-9728 | | | | | | | Notice Only |

Sheet no. __18__ of __48__ sheets attached to Schedule of　　　　　Subtotal　　　　　　843.00
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
**Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Representing:<br>Express | | | | |
| **Express**<br>**c/o Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | | | | | | | **Notice Only** |
| Account No. **01000435606** | | | | | Insurance Premiums | | | | |
| **Farmers Insurance Group**<br>**c/o CCS**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | | J | | | | | | | **576.00** |
| Account No. **4988 8200 0416 1708** | | | | | Credit Card<br>Case No. LV09090833 | | | | |
| **First Equity Card Corporation**<br>**c/o Derrick McGavic, Atty**<br>**PO Box 10163**<br>**Eugene, OR 97440** | | J | | | | | | | **933.00** |
| Account No. | | | | | Mortgages on foreclosed properties @ 2215 SE 90th Ave and 8996 SE Bristol Park Dr<br>7591044597457 $163,892<br>7591044597458 $40,480 | | | | |
| **First Franklin Loan Services - P**<br>**c/o Home Loan Services**<br>**c/o Nanette M. Stephens, President**<br>**150 Allegheny Center Mall, Loc 24-040**<br>**Pittsburgh, PA 15212** | | J | | | | | | | **204,372.00** |
| Account No. | | | | | Representing:<br>First Franklin Loan Services - P | | | | |
| **First Franklin Loan Services**<br>**PO Box 660598**<br>**Dallas, TX 75266-0598** | | | | | | | | | **Notice Only** |

Sheet no. __19__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**205,881.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
**Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **First Franklin Loan Services** **2150 N First St** **San Jose, CA 95131** | | | Representing: **First Franklin Loan Services - P** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **First Franklin Loan Services** **c/o Home Loan Services** **c/o CT Corp Systems, RA** **388 State St #420** **Salem, OR 97301** | | | Representing: **First Franklin Loan Services - P** | | | | **Notice Only** |
| Account No. | | | **Credit Cards** **5178 0078 1727 2545 $372** **5178 0078 1819 1793 $308** | | | | |
| **First Premier Bank** **PO Box 5519** **Sioux Falls, SD 57117-5519** | | J | | | | | **680.00** |
| Account No. | | | | | | | |
| **First Premier Bank** **PO Box 2208** **Vacaville, CA 95696** | | | Representing: **First Premier Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **First Premier Bank** **c/o FNCB** **PO Box 51660** **Sparks, NV 89435** | | | Representing: **First Premier Bank** | | | | **Notice Only** |

Sheet no. __20__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**680.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **First Premier Bank** **c/o Pinnacle Financial Group** **7825 Washington Ave S Ste 310** **Minneapolis, MN 55439-2409** | | | Representing: First Premier Bank | | | | **Notice Only** |
| Account No. | | | **Line of Credit** **3064588187 $2,442** **3029192574 $2,262** | | | | |
| **Friedlanders** **9650 SW Washington Square Road** **Portland, OR 97223** | | J | | | | | **4,704.00** |
| Account No. | | | | | | | |
| **Friedlanders** **PO Box 740425** **Cincinnati, OH 45274-0425** | | | Representing: Friedlanders | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Friedlanders - P** **PO Box 1799** **Akron, OH 44309-1799** | | | Representing: Friedlanders | | | | **Notice Only** |
| Account No. | | | **Precautionary** | | | | |
| **Fry's Electronics** **First Electronic Bank** **PO Box 760** **Draper, UT 84020** | | J | | | | | **0.00** |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,704.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GE Capital/FUNancing PO Box 6150 Rapid City, SD 57709-6150** | | J | Deficiency on 2004 and 2006 SeaDoo Watercrafts 1100020000043328 $8,541 1100010000007720 $4,426 | | | | 12,967.00 |
| Account No. **GE Capital/FUNancing 1400 Turbine Drive Ste 100 Rapid City, SD 57703-4719** | | | Representing: GE Capital/FUNancing | | | | Notice Only |
| Account No. **GE Capital/FUNancing GE Money Bank PO Box 530912 Atlanta, GA 30353-0912** | | | Representing: GE Capital/FUNancing | | | | Notice Only |
| Account No. **GE Power Sports c/o Bryant, Hodge and Assoc 20 State St Ste 100 Bangor, ME 04401** | | J | Loan 384143 $2,795 8366081 $2,916 | | | | 5,711.00 |
| Account No. **GE Power Sports c/o Hudson & Keyse, LLC 382 Blackbrook Rd Painesville, OH 44077** | | | Representing: GE Power Sports | | | | Notice Only |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,678.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**              Case No. _____
       **Vivian Uyen Bich Vo**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **085-9095-91054**<br><br>**GMAC - P**<br>**500 Enterprises Rd #150**<br>**Horsham, PA 19044** | | J | **Deficiency on repossessed 2007 Chevy Tahoe** | | | | **23,977.00** |
| Account No.<br><br>**GMAC**<br>**PO Box 660314**<br>**Dallas, TX 75266-0314** | | | **Representing:**<br>**GMAC - P** | | | | **Notice Only** |
| Account No.<br><br>**GMAC**<br>**c/o West Asset Management**<br>**PO Box 790113**<br>**Saint Louis, MO 63179-0113** | | | **Representing:**<br>**GMAC - P** | | | | **Notice Only** |
| Account No.<br><br>**HFC**<br>**PO Box 60101**<br>**City Of Industry, CA 91716** | | J | **Credit Line**<br>**6671040051 5657 $14,136**<br>**667104161363779 $11,896** | | | | **26,032.00** |
| Account No.<br><br>**HFC**<br>**PO Box 4153**<br>**Carol Stream, IL 60197** | | | **Representing:**<br>**HFC** | | | | **Notice Only** |

Sheet no. __23__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal                                 **50,009.00**
                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**
　　　**Vivian Uyen Bich Vo**                                    Case No. _____

_____,
　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HFC**<br>**PO Box 3425**<br>**Buffalo, NY 14240** | | | Representing:<br>**HFC** | | | | **Notice Only** |
| Account No. <br><br>**HFC**<br>**c/o Creditors Interchange**<br>**80 Holtz Dr**<br>**Buffalo, NY 14225** | | | Representing:<br>**HFC** | | | | **Notice Only** |
| Account No. <br><br>**HFC - P**<br>**PO Box 8603**<br>**Elmhurst, IL 60126** | | | Representing:<br>**HFC** | | | | **Notice Only** |
| Account No. <br><br>**Hollywood Video**<br>**c/o C.C.S.**<br>**Payment Processing Center**<br>**PO Box 52677**<br>**Phoenix, AZ 85072** | | J | **Video Rental Fees** | | | X | **0.00** |
| Account No. **6035 3202 0987 1159** <br><br>**Home Depot**<br>**PO Box 103072**<br>**Roswell, GA 30076** | | J | **Credit Card** | | | | **2,186.00** |
| Sheet no. __24__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | **2,186.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**　　　　　　　　　　　　Case No. _____
　　　　**Vivian Uyen Bich Vo**
_____,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Home Depot PO Box 105980 Dept 51 Atlanta, GA 30348-5980** | | | Representing: Home Depot | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Home Depot c/o Daniel N Gordon 4023 W 1st Ave PO Box 22338 Eugene, OR 97402** | | | Representing: Home Depot | | | | **Notice Only** |
| Account No. 693032559 | | J | Mortgage on foreclosed property @ 8996 SE Bristol Park Dr $86,911 $346,764 | | | | |
| **HomEq Servicing c/o Barclays Capital Real Estate Inc Michael Mazzei, President 200 Park Ave New York, NY 10166** | | | | | | | **433,675.00** |
| Account No. | | | | | | | |
| **HomEq Servicing PO Box 13716 Sacramento, CA 95853** | | | Representing: HomEq Servicing | | | | **Notice Only** |
| Account No. | | J | 5489 5551 0888 5999 $2,164 6011 3810 0002 1616 $3,748 XXXXXX0540 $2,892 5406 3300 0840 3750 $111 Case No. LV09070329 $2,022 Case No. LV09070353 $4,960 667104 16 136377 9 $8,857 667104 00 515657 $14,137 | | | | |
| **HSBC - P PO Box 5253 Carol Stream, IL 60197-5253** | | | | | | | **38,891.00** |

Sheet no. __**25**__ of __**48**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**472,566.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**
       **Vivian Uyen Bich Vo**
                                             Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **HSBC** **PO Box 19360** **Portland, OR 97280** | | | | **Representing:** **HSBC - P** | | | | **Notice Only** |
| Account No. **HSBC** **c/o Arrow Financial** **5996 W Touhy Ave** **Niles, IL 60714** | | | | **Representing:** **HSBC - P** | | | | **Notice Only** |
| Account No. **HSBC** **c/o Arrow Financial** **c/o Johnson, Riddle, Mark LLC** **901 N Brutscher, Ste D401** **Newberg, OR 97132** | | | | **Representing:** **HSBC - P** | | | | **Notice Only** |
| Account No. **HSBC** **c/o First Financial Investment Fund** **c/o Johnson Riddle Mark LLC** **901 N Brutscher St, St D401** **Newberg, OR 97132** | | | | **Representing:** **HSBC - P** | | | | **Notice Only** |
| Account No. **HSBC** **c/o United Recovery Systems** **PO Box 722929** **Houston, TX 77272-2929** | | | | **Representing:** **HSBC - P** | | | | **Notice Only** |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
         **Vivian Uyen Bich Vo**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **HSBC c/o First Financial Investment Fund c/o Johnson Riddle Mark LLC PO Box 7811 Sandy, UT 84091-7811** | | | | **Representing: HSBC - P** | | | | **Notice Only** |
| Account No. 0014608988 | | J | | **Second Mortgage on foreclosed property @ 9452 SE Chatfield Court, Happy Valley, OR 97086** | | | | |
| **HSBC Mortgage Services - P 636 Grand Regency Blvd Brandon, FL 33509** | | | | | | | | **235,566.00** |
| Account No. | | | | | | | | |
| **HSBC Mortgage Services PO Box 11035 Orange, CA 92856-8135** | | | | **Representing: HSBC Mortgage Services - P** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **HSBC Mortgage Services c/o American Coradius International 2420 Sweet Home Rd, Ste 150 Buffalo, NY 14228-2244** | | | | **Representing: HSBC Mortgage Services - P** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **HSBC Mortgage Services c/o Professional Recovery Services PO Box 1880 Voorhees, NJ 08043** | | | | **Representing: HSBC Mortgage Services - P** | | | | **Notice Only** |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**235,566.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
**Vivian Uyen Bich Vo**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Cards 5856 3710 0348 4796 | | | | |
| J Crew PO Box 659704 San Antonio, TX 78265-9704 | | J | | | | | 561.00 |
| Account No. | | | Representing: J Crew | | | | |
| J Crew c/o WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | | | | | | Notice Only |
| Account No. | | | Representing: J Crew | | | | |
| J Crew c/o Asset Acceptance PO Box 2036 Warren, MI 48090 | | | | | | | Notice Only |
| Account No. 0713947711 | | | Second Mortgage on foreclosed property @ 16595 NE Pacific, Portland, OR 97230-6159 | | | | |
| JP Morgan Chase and Co - P c/o James Dimon, CEO 270 Park Ave 38th Fl New York, NY 10017 | | J | | | | | 133,658.00 |
| Account No. | | | Representing: JP Morgan Chase and Co - P | | | | |
| JP Morgan Chase and Co Washington Mutual c/o Professional Recovery Service PO Box 1880 Voorhees, NJ 08043-7880 | | | | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no. __28__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 134,219.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**
,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **JP Morgan Chase and Co c/o GC Services PO Box 865 Houston, TX 77001** | | | | Representing: **JP Morgan Chase and Co - P** | | | | **Notice Only** |
| Account No. **JP Morgan Chase and Co - P C/o Joe M Lozano Jr, Auth'd Agent 7255 Baymeadows Way Mail Stop JAXB2007 Jacksonville, FL 32256** | | | | Representing: **JP Morgan Chase and Co - P** | | | | **Notice Only** |
| Account No. **Kaiser Permanente PO Box 34295 Seattle, WA 98124-1295** | | J | | Medical Services | | | | **10,000.00** |
| Account No. **Kaiser Permanente 7201 N Interstate Ave Portland, OR 97217** | | | | Representing: **Kaiser Permanente** | | | | **Notice Only** |
| Account No. **Kaiser Permanente 10180 SE Sunnyside Rd Clackamas, OR 97015** | | | | Representing: **Kaiser Permanente** | | | | **Notice Only** |

Sheet no. __**29**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**
       **Vivian Uyen Bich Vo**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3064488187** | | | | | Credit Line | | | | |
| **Kay Jewelers** **375 Ghent Rd** **Akron, OH 44333** | | J | | | | | | | **2,576.00** |
| Account No. | | | | | | | | | |
| **Kay Jewelers** **PO Box 5253** **Carol Stream, IL 60197** | | | | | Representing: Kay Jewelers | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Kay Jewelers** **PO Box 1799** **Akron, OH 44309** | | | | | Representing: Kay Jewelers | | | | **Notice Only** |
| Account No. _____**5258** | | | | | Credit Card | | | | |
| **LVNV Funding** **c/o LVNV Funding** **PO Box 10584** **Greenville, SC 29603** | | J | | | | | | | **1,486.00** |
| Account No. | | | | | Credit Cards 43 213 938 712 0 $569 43 212 573 370 0 $2,125 | | | | |
| **Macy's - P** **Dept Stores National Bank** **6356 Corley Rd** **Norcross, GA 30071** | | J | | | | | | | **2,694.00** |

Sheet no. __**30**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,756.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
         **Vivian Uyen Bich Vo**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Macy's** **PO Box 183083** **Columbus, OH 43218-3083** | | | | | Representing: **Macy's - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Macy's** **c/o NCO Financial** **PO Box 15889** **Wilmington, DE 19850-5889** | | | | | Representing: **Macy's - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Macy's** **c/o Northland Group** **PO Box 390846** **Minneapolis, MN 55439** | | | | | Representing: **Macy's - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Macy's** **c/o Universal Fidelity LP** **PO Box 941911** **Houston, TX 77094-8911** | | | | | Representing: **Macy's - P** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Macy's** **c/o Associated Recovery Systems** **PO Box 463023** **Escondido, CA 92046-3023** | | | | | Representing: **Macy's - P** | | | | **Notice Only** |

Sheet no. __31__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1017509041** <br><br> **Mercedes-Benz Financial** <br> **PO Box 685** <br> **Roanoke, TX 76262** | | J | **Loan on 2004 Mercedes CLE 500 - Precautionary** | | | | **0.00** |
| Account No. <br><br> **Mercedes- Benz Financial** <br> **Morris Corp. Cntr 3, Bldg. D** <br> **400 Interpace Parkway** <br> **Parsippany, NJ 07054** | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |
| Account No. <br><br> **Monitronics Funding LP** <br> **Dept. CH 8628** <br> **Palatine, IL 60055-8628** | | J | **Alarm services** <br> **29122769 $371** <br> **3066707 $389** | | | | **760.00** |
| Account No. **151 6971 0050 3184** <br><br> **Nautilus, Inc.** <br> **PO Box 60107** <br> **City Of Industry, CA 91716-0107** | | J | **Credit Card** | | | | **1,682.00** |
| Account No. <br><br> **Nautilus, Inc.** <br> **PO Box 15521** <br> **Wilmington, DE 19850-5521** | | | **Representing:** <br> **Nautilus, Inc.** | | | | **Notice Only** |

Sheet no. __**32**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,442.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eddie Tuyen Anh Dong,**                                                    Case No. _____
       **Vivian Uyen Bich Vo**

                                                                        ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8788290061650 <br><br> **North American Bancard** <br> **c/o Commercial Services Group** <br> **11603 Shelbyville Rd, Ste 3** <br> **Louisville, KY 40243** | | J | Business Debt | | | | 530.00 |
| Account No. 81235 <br><br> **Northwest Cardiovascular Institute** <br> **2222 NW Lovejoy St, Ste606** <br> **Portland, OR 97210** | | J | Medical Services | | | | 696.00 |
| Account No. <br><br> **Northwest Cardiovascular Institute** <br> **c/o Asset Recovery Group** <br> **PO Box 14949** <br> **Portland, OR 97293** | | | Representing: <br> Northwest Cardiovascular Institute | | | | Notice Only |
| Account No. <br><br> **Northwest Cardiovascular Institute** <br> **c/o Asset Systems, Inc** <br> **4520 SE Belmont #280** <br> **PO Box 14550** <br> **Portland, OR 97293** | | | Representing: <br> Northwest Cardiovascular Institute | | | | Notice Only |
| Account No. <br><br> **NW Natural** <br> **PO Box 3288** <br> **Portland, OR 97208-3288** | | J | Utilities <br> 1418286-9 $737 <br> 1644699-9 $1,141 <br> 1621428-0 $59 | | | | 1,937.00 |

Sheet no. __33__ of __48__ sheets attached to Schedule of               Subtotal          | 3,163.00 |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
     **Vivian Uyen Bich Vo**
                                                                    Case No. _____

                                               _____,
                                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**NW Natural**<br>**220 NW 2nd Ave**<br>**Portland, OR 97209** | | | | Representing:<br>NW Natural | | | | **Notice Only** |
| Account No.<br><br>**NW Natural**<br>**c/o Bonneville Collections**<br>**PO Box 150621**<br>**Ogden, UT 84415-0621** | | | | Representing:<br>NW Natural | | | | **Notice Only** |
| Account No.<br><br>**Oregon Department of Revenue**<br>**PO Box 14725**<br>**Salem, OR 97309-5018** | J | | | Tickets/Fines | | | | **446.00** |
| Account No.<br><br>**Oregon Department of Revenue**<br>**c/o AllianceOne**<br>**PO Box 2449**<br>**Gig Harbor, WA 98335-2449** | | | | Representing:<br>Oregon Department of Revenue | | | | **Notice Only** |
| Account No. 1203749-5<br><br>**Oregon Dept of Consumer and Bus**<br>**350 Winter St NE**<br>**PO Box 14010**<br>**Salem, OR 97309-0405** | J | | | WBF Assessment | | | | **141.00** |

Sheet no. __34__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                                    (Total of this page)            **587.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
        **Vivian Uyen Bich Vo**
                                                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Precautionary | | | | |
| PDQ, LLC PO Box 10248 Eugene, OR 97440 | | J | | | | | | 0.00 |
| Account No. | | | | Utilities 0012 25119-799923 3 $1,368 0009 51041-773860 2 $258 0012 25119-832644 4 $910 951041-642589 $28 | | | | |
| PGE - P c/o Bankruptcy Division 7800 SW Mohawk Street Tualatin, OR 97062 | | J | | | | | | 2,564.00 |
| Account No. | | | | | | | | |
| PGE PO Box 4404 Portland, OR 97208-4404 | | | | Representing: PGE - P | | | | Notice Only |
| Account No. | | | | | | | | |
| PGE c/o Bonneville Coll. PO Box 150621 Ogden, UT 84415 | | | | Representing: PGE - P | | | | Notice Only |
| Account No. | | | | Utilities | | | | |
| Portland Disposal and Recycling 7202 NE 42nd Portland, OR 97218 | | J | | | | | | 157.00 |

Sheet no. __35__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,721.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Eddie Tuyen Anh Dong,**                                                    Case No. _____
           **Vivian Uyen Bich Vo**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Portland Disposal and Recycling c/o Vanguard Adjustment Co 8525 N Lombard St PO Box 83168 Portland, OR 97283** | | | Representing: **Portland Disposal and Recycling** | | | | **Notice Only** |
| Account No. | | | Security P113256 $250 1897106 $361 | | | | |
| **Portland Police Alarm Administration 1111 SW 2nd Ave Ste 1414 Portland, OR 97204** | | J | | | | | **250.00** |
| Account No. | | | | | | | |
| **Portland Police Alarm Administration PO Box 1867 Portland, OR 97207** | | | Representing: **Portland Police Alarm Administration** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Portland Police Alarm Administration c/o Active Credit Services PO Box 22329 Portland, OR 97269-2329** | | | Representing: **Portland Police Alarm Administration** | | | | **Notice Only** |
| Account No. | | | Credit Card - Precautionary | | | | |
| **Providian PO Box 9180 Pleasanton, CA 94566** | | J | | | | | **0.00** |

Sheet no. __**36**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                         **250.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**    Case No. _____
       **Vivian Uyen Bich Vo**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Providian<br>PO. Box 99604<br>Arlington, TX 76996-9604** | | | Representing:<br>**Providian** | | | | **Notice Only** |
| Account No. <br><br>**Qwest<br>RA/CT Corporation Sys<br>388 State Street Suite 420<br>Salem, OR 97301-3581** | | J | **Phone Service<br>5032620703758 $495<br>5037741284936 $290<br>5032620703951 $117<br>5037751525046 $407** | | | | **1,309.00** |
| Account No. <br><br>**Qwest<br>c/o Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus, OH 43231** | | | Representing:<br>**Qwest** | | | | **Notice Only** |
| Account No. <br><br>**Qwest<br>c/o West Asset Management<br>PO Box 956842<br>Saint Louis, MO 63195** | | | Representing:<br>**Qwest** | | | | **Notice Only** |
| Account No. <br><br>**Qwest<br>PO Box 12480<br>Seattle, WA 98111-4480** | | | Representing:<br>**Qwest** | | | | **Notice Only** |

Sheet no. __**37**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,309.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**                    Case No. _____
**Vivian Uyen Bich Vo**
                                                                                    ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VIN100** | | | **Business Debt** | | | | |
| **Ray Schumacher Ent., Inc.** PO Box 820057 Portland, OR 97282-0057 | | J | | | | | 8,172.00 |
| Account No. **Case No.: 0712-15818** | | | **Business Debt** | | | | |
| **Royal Foods** 2445 SE 8th Ave Portland, OR 97214 | | J | | | | | 3,172.00 |
| Account No. | | | | | | | |
| **Royal Foods** c/o Robert C Dougherty, Atty 1130 SW Morrison St, Ste 210 Portland, OR 97205 | | | **Representing:** **Royal Foods** | | | | Notice Only |
| Account No. 0314533910 | | | **Mail Order** | | | | |
| **S&H Publishing** PO Box 6001 Emmaus, PA 18098-0601 | | J | | | | | 48.00 |
| Account No. | | | | | | | |
| **S&H Publishing** c/o Sunrise Credit Services 260 Airport Plaza PO Box 9100 Farmingdale, NY 11735-9100 | | | **Representing:** **S&H Publishing** | | | | Notice Only |

Sheet no. __38__ of __48__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          11,392.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**                                            Case No. _____
          **Vivian Uyen Bich Vo**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXX1001** | | | **Insurance Premiums - Precautionary** | | | | |
| **Safeco Insurance PO Box 34691 Seattle, WA 98124-1691** | | J | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Safeco Insurance PO Box 461 Saint Louis, MO 63166** | | | **Representing: Safeco Insurance** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Safeco Insurance c/o IC Systems, Inc Attn: John Erickson, Jr 444 Highway 96 Saint Paul, MN 55127-2557** | | | **Representing: Safeco Insurance** | | | | **Notice Only** |
| Account No. _____**4822** | | J | **Precautionary** | | | | |
| **Saks Fifth Avenue PO Box 60151 City Of Industry, CA 91716-0151** | | | | | | | |
| | | | | | | | **0.00** |
| Account No. **GR1244861670-307** | | J | **Business Debt** | | | | |
| **Sandvik Publishing Interactive c/o LTD Financial 7322 SW Freeway, Ste 1600 Houston, TX 77074** | | | | | | | |
| | | | | | | | **216.00** |

Sheet no. __**39**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**216.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**    Case No. _____
         **Vivian Uyen Bich Vo**

                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 0011411279  **Select Portfolio Servicing, Inc. - P PO Box 65250 Salt Lake City, UT 84165** | | J | | **Mortgage on foreclosed property @ 9452 SE Chatfield Court, Happy Valley, OR 97086** | | | | 510,817.00 |
| Account No.  **Select Portfolio Servicing c/o First Franklin Loan Services PO Box 961247 Fort Worth, TX 76161** | | | | Representing: **Select Portfolio Servicing, Inc. - P** | | | | Notice Only |
| Account No.  **Select Portfolio Servicing c/o Corporation Svc Co RA 285 Liberty St NE Salem, OR 97301** | | | | Representing: **Select Portfolio Servicing, Inc. - P** | | | | Notice Only |
| Account No.  **Select Portfolio Servicing c/o Matthew L Hollingsworth President ATTN Legal Dept 3815 South West Temple Salt Lake City, UT 84115-4412** | | | | Representing: **Select Portfolio Servicing, Inc. - P** | | | | Notice Only |
| Account No.  **Select Portfolio Servicing c/o First Franklin Loan Services PO Box 660598 Dallas, TX 75266-0598** | | | | Representing: **Select Portfolio Servicing, Inc. - P** | | | | Notice Only |

Sheet no. __40__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     510,817.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eddie Tuyen Anh Dong,**                                                    Case No. _____
        **Vivian Uyen Bich Vo**
                                                                        ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. O54592/3064588187 | | | | Business Debt | | | | |
| Sterling Inc 7745 E Kemper Rd Cincinnati, OH 45249-1611 | | | J | | | | | 2,577.00 |
| Account No. | | | | | | | | |
| Sterling Inc c/o DRS Bonded PO Box 498609 Cincinnati, OH 45249-8609 | | | | Representing: Sterling Inc | | | | Notice Only |
| Account No. 11-0085.300 | | | | Water Services for sold property @ 9452 SE Chatfield Ct, Happy Valley, OR 97086 | | | | |
| Sunrise Water Authority 10602 SE 129th Ave Portland, OR 97236 | | | J | | | | | 294.00 |
| Account No. | | | | Traffic Fines 09-0013421 - Precautionary 10-0013033 $211 | | | | |
| Superior Court of California County of Siskiyou PO Box 1026 Yreka, CA 96097 | | | J | | | | | 211.00 |
| Account No. | | | | | | | | |
| Superior Court of California County of Siskiyou 550 Main St Weed, CA 96094 | | | | Representing: Superior Court of California | | | | Notice Only |

Sheet no. __41__ of __48__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          **3,082.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
     **Vivian Uyen Bich Vo**
                                         ,
                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **558334015** | | | **Phone Services** | | | | |
| **T Mobile** **PO Box 742596** **Cincinnati, OH 45274-2596** | | J | | | | | 270.00 |
| Account No. **29085019** | | | **Mail Order** | | | | |
| **Thane Direct USA** **c/o RMCB** **PO Box 1238** **Elmsford, NY 10523-0938** | | J | | | | | 102.00 |
| Account No. | | | **Medical Services** **1044640332922 $584** **1044640332965 $459** **1044640 $995** **3118659 $625** | | | | |
| **The Oregon Clinic** **507 NE 47th Avenue  Ste 101** **Portland, OR 97213** | | J | | | | | 2,663.00 |
| Account No. | | | | | | | |
| **The Oregon Clinic** **Mail Stop 163** **PO Box 5087** **Portland, OR 97208-5087** | | | **Representing:** **The Oregon Clinic** | | | | Notice Only |
| Account No. | | | | | | | |
| **The Oregon Clinic** **c/o Asset Systems** **PO Box 14550** **Portland, OR 97293-0550** | | | **Representing:** **The Oregon Clinic** | | | | Notice Only |

Sheet no. __42__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,035.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**  
      **Vivian Uyen Bich Vo**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Legal Services | | | | |
| Todd & Shannon 516 SE Morrison Ste 1000 Portland, OR 97214 | | | J | | | | | 7,007.00 |
| Account No. | | | | NSF | | | | |
| Total Merchant Services 255 Gold Rivers Court, 3rd Fl Basalt, CO 81621 | | | J | | | | | 90.00 |
| Account No. | | | | Representing: Total Merchant Services | | | | |
| Total Merchant Services c/o NCO Financial PO Box 4903 Trenton, NJ 08650-4903 | | | | | | | | Notice Only |
| Account No. | | | | Back rent for restaurant premises at 8220 SE Harrison, Portland, OR Case No. 0712-14751 Case No. 09-2-10610-0 | | | | |
| Universal Center East, LLC 811 E Burnside #116 Portland, OR 97214 | | | J | | | | | 210,654.00 |
| Account No. | | | | Representing: Universal Center East, LLC | | | | |
| Universal Center East, LLC PO Box 20217 Keizer, OR 97307 | | | | | | | | Notice Only |

Sheet no. __43__ of __48__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

217,751.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Universal Center East, LLC/Team Mngmt c/o Daniel Larsen Ater Wynne LLP 1331 NW Lovejoy, Ste 900 Portland, OR 97209** | | | **Universal Center East, LLC** | | | | **Notice Only** |
| Account No. | | | **Overdraft charges DDA153660208866 $2,200 Credit Cards** | | | | |
| **US Bank - P Bankruptcy Department PO Box 5229 Cincinnati, OH 45201** | | J | **4355 7780 0400 0315 Precautionary 4190 0808 4272 6055 Precautionary** | | | | **2,200.00** |
| Account No. | | | Representing: | | | | |
| **US Bank c/o Harrington Anderson DeBlasio 1737 NE Broadway PO Box 12669 Portland, OR 97212** | | | **US Bank - P** | | | | **Notice Only** |
| Account No. | | | Representing: | | | | |
| **US Bank - P PO Box 108 Saint Louis, MO 63166** | | | **US Bank - P** | | | | **Notice Only** |
| Account No. | | | **Timeshare Fees 8349 $860** | | | | |
| **Vacation Village PO Box 5129 Spring Hill, FL 34611** | | J | **75539-605-48-E $225** | | | | **1,085.00** |

Sheet no. __44__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,285.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**    Case No. _____
         **Vivian Uyen Bich Vo**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Vacation Village PO Box 23579 Fort Lauderdale, FL 33307 | | | Representing: Vacation Village | | | | Notice Only |
| Account No. Vacation Village c/o Aspen Collection 1048 Independent Ave #210 Grand Junction, CO 81505 | | | Representing: Vacation Village | | | | Notice Only |
| Account No. Ventura Park Medical Clinic 11510 SE Stark St. Portland, OR 97216 | J | | Medical Services | | | | 183.00 |
| Account No. Ventura Park Medical Clinic c/o Asset Systems, Inc PO Box 14949 4520 SE Belmont Ste 280 Portland, OR 97215 | | | Representing: Ventura Park Medical Clinic | | | | Notice Only |
| Account No. Victoria's Secret - P Bkcy Dept PO Box 182125 Columbus, OH 43218-2125 | J | | Credit Cards 251 630 435 $911 379 673 72 $1,027 | | | | 1,938.00 |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,121.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
    **Vivian Uyen Bich Vo**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Victoria's Secret** <br>**PO Box 659728** <br>**San Antonio, TX 78265-9278** | | | **Representing:** <br>**Victoria's Secret - P** | | | | **Notice Only** |
| Account No. <br><br>**Victoria's Secret** <br>**c/o Asset Acceptance** <br>**PO Box 2036** <br>**Warren, MI 48090-2036** | | | **Representing:** <br>**Victoria's Secret - P** | | | | **Notice Only** |
| Account No. <br><br>**Victoria's Secret** <br>**c/o Academy Collection Service** <br>**PO Box 21089** <br>**Philadelphia, PA 19114-0589** | | | **Representing:** <br>**Victoria's Secret - P** | | | | **Notice Only** |
| Account No. **187596** <br><br>**W.V.S. Co** <br>**3620 Larry Ct** <br>**San Jose, CA 95121** | | J | **Business Debt** | | | | **2,000.00** |
| Account No. <br><br>**Waste Management of Oregon** <br>**PO Box 79168** <br>**Phoenix, AZ 85062-9168** | | J | **Utilities** | | | | **118.00** |

Sheet no. __46__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,118.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eddie Tuyen Anh Dong,**
      **Vivian Uyen Bich Vo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01-20377-04**<br><br>**Water Environment Services**<br>**PO Box 6940**<br>**Portland, OR 97228-6940** | | J | **Water Service for sold house @ 9452 SE Chatfield Ct, Happy Valley, OR 97068** | | | | **223.00** |
| Account No.<br><br>**Wilshire Credit Corporation**<br>**c/o Jay Memmott, RA**<br>**14523 SW Millikan Way #200**<br>**Beaverton, OR 97005** | | J | **Mortgages on foreclosed property @ 3019 SE 92nd Ave, Portland, OR 97266**<br>**1713634 $157,656**<br>**1737582 $39,220** | | | | **196,876.00** |
| Account No.<br><br>**Wilshire Credit Corporation**<br>**PO Box 7195**<br>**Pasadena, CA 91109-7195** | | | **Representing:**<br>**Wilshire Credit Corporation** | | | | **Notice Only** |
| Account No.<br><br>**Wilshire Credit Corporation**<br>**PO Box 105344**<br>**Atlanta, GA 30348-5344** | | | **Representing:**<br>**Wilshire Credit Corporation** | | | | **Notice Only** |
| Account No. **600459/773603**<br><br>**Yellow Book**<br>**PO Box 51444**<br>**Los Angeles, CA 90051-5744** | | J | **Business Debt** | | | | **1,169.00** |

Sheet no. __47__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**198,268.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eddie Tuyen Anh Dong,**
         **Vivian Uyen Bich Vo**                                    Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Yellow Book** <br> **6300 C Street SW** <br> **Cedar Rapids, IA 52404** | | | Representing: <br> **Yellow Book** | | | | **Notice Only** |
| Account No. <br><br> **Yellow Book** <br> **2560 Renaissance Blvd.** <br> **King Of Prussia, PA 19406** | | | Representing: <br> **Yellow Book** | | | | **Notice Only** |
| Account No. <br><br> **Yellow Book** <br> **c/o Clovis & Roche, Inc** <br> **PO Box 1164** <br> **Metairie, LA 70004-1164** | | | Representing: <br> **Yellow Book** | | | | **Notice Only** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __48__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **0.00** |
| | Total <br> (Report on Summary of Schedules) | **2,259,346.00** |

B6G (Official Form 6G) (12/07)

.

In re  **Eddie Tuyen Anh Dong,**　　　　　　　　　　　　　　　Case No. _____
　　　　**Vivian Uyen Bich Vo**

_____,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Eddie Tuyen Anh Dong,**                          Case No. _____
         **Vivian Uyen Bich Vo**

_____,

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dong T Vo**<br>**10068 SE Old Town Court**<br>**Happy Valley, OR 97086** | **Banner Bank**<br>**PO Box 907**<br>**Walla Walla, WA 99362** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Eddie Tuyen Anh Dong**
**Vivian Uyen Bich Vo**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**6**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): **Food Stamps** | $ | **668.00** | $ | **0.00** |
| **Family gifts** | $ | **500.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,168.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,168.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | **1,168.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Eddie Tuyen Anh Dong**
**Vivian Uyen Bich Vo**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,395.00 |
| a. Are real estate taxes included?                 Yes **X**          No ___ | | |
| b. Is property insurance included?                 Yes ___         No **X** | | |
| 2. Utilities:       a. Electricity and heating fuel | $ | 225.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 25.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 350.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 70.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 90.00 |
| 7. Medical and dental expenses | $ | 240.00 |
| 8. Transportation (not including car payments) | $ | 435.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 180.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 50.00 |
| b. Life | $ | 240.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | $ | 2,640.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Personal care products and svcs** | $ | 65.00 |
| Other   **Daycare/tuition** | $ | 525.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,680.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,168.00 |
| b.   Average monthly expenses from Line 18 above | $ | 7,680.00 |
| c.   Monthly net income (a. minus b.) | $ | -6,512.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Eddie Tuyen Anh Dong**
      **Vivian Uyen Bich Vo**
                  Debtor(s)

Case No. _____

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**<u>Other Utility Expenditures:</u>**

| | |
|---|---|
| Cable | $ 100.00 |
| Internet | $ 50.00 |
| Cell Phone | $ 165.00 |
| Garbage | $ 35.00 |
| **Total Other Utility Expenditures** | $ **350.00** |

**<u>Specific Tax Expenditures:</u>**

| | |
|---|---|
| Back Taxes: IRS - $2,000; ODR - $0 | $ 2,000.00 |
| Back Taxes: Or Empl Div $225; PDX + Mult co $415 | $ 640.00 |
| **Total Tax Expenditures** | $ **2,640.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Eddie Tuyen Anh Dong**
      **Vivian Uyen Bich Vo**

                                             Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **68**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  8, 2010**

Signature  **/s/ Eddie Tuyen Anh Dong**

            **Eddie Tuyen Anh Dong**
            Debtor

Date  **October  8, 2010**

Signature  **/s/ Vivian Uyen Bich Vo**

            **Vivian Uyen Bich Vo**
            Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Oregon

In re   **Eddie Tuyen Anh Dong**
**Vivian Uyen Bich Vo**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,212.00** | **2010 Employment - H: $0  W: $1,212** |
| **$2,252.00** | **2009 Employment - Joint** |
| **$75,535.00** | **2008 Employment - Joint (Business Income $117,725 less Various Losses <$42,190>)** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $10,360.00 | 2010 - Food Stamps @ $668/mo starting 7/10 (prior $448/mo 1/10 - 6/10); Family gifts $5,000 |
| $5,030.00 | 2009 - Food stamps $438 X 10 months = $4,380; State cash assisstance $650 |
| $19,020.00 | 2008 - IRA Distribution |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Asset Systems**<br>**v**<br>**Eddie Dong and Vivian Vo**<br>**Case No. 090201880** | **Collection** | **Multnomah Co** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One** v **Eddie Dong and Vivian Vo** **Case No. LV09020545** | **Collection** | **Clackamas Co** | **Judgment** |
| **First Equity Card Corporation** v **Vivian Vo** **Case No. LV09090833** | **Collection** | **Clackamas Co** | **Judgment** |
| **Arrow Financial** v **Eddie Dong** **Case No LV09070329** | **Collection** | **Clackamas Co** | **Judgment** |
| **First Financial Investment Fund** v **Eddie Dong** **Case No LV09070353** | **Collection** | **Clackamas Co** | **Judgment** |
| **Universal Center East, LLC** v **Eddie Dong and Vivian Vo** **Case No. 092106100** | **Filing of Foreign Judgment** | **King County, WA** | **Judgment** |
| **State of California** v **Eddie Dong** **Citation No. 09-0013421** | **Traffic Tickets 8/09 + 8/10** | **Siskiyou Co, CA** | **Fine/pending** |
| **City of Portland** v **Eddie Dong and Vivian Vo** **Case No. 091014887** | **Collection** | **Multnomah Co** | **Judgment** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC - P** **500 Enterprises Rd #150** **Horsham, PA 19044** | **7/2008** | **Repossessed 2007 Chevy Tahoe** |
| **GE Capital/FUNancing** **PO Box 6150** **Rapid City, SD 57709-6150** | **6/2008** | **Repossessed 2004 + 2006 SeaDoo Watercrafts** |
| **Wilshire Credit Corporation** **c/o Jay Memmott, RA** **14523 SW Millikan Way #200** **Beaverton, OR 97005** | **2007** | **Foreclosed property @ 3019 SE 92nd Ave, Portland, OR 97266** |

4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First Franklin Loan Services - P**<br>**c/o Loan Svcs**<br>**150 Allegheny Center Mall**<br>**Locator # 24-040**<br>**Pittsburgh, PA 15212** | **2007** | **Foreclosed property @ 2215 SE 90th Ave,**<br>**Portland, OR** |
| **Home Loan Services, Inc**<br>**Servicer for First Franklin Home Loans**<br>**c/o CT Coporation System**<br>**388 State St #420**<br>**Salem, OR 97301** | **5/19/2008** | **Foreclosed property @ 8996 SE Bristol Park Dr,**<br>**Happy Valley, OR** |
| **Countrywide Home Loans, Inc**<br>**c/o David Sambol, President**<br>**4500 Park Granada**<br>**Calabasas, CA 91302** | **8/2008** | **Foreclosed property @ 16595 NE Pacific,**<br>**Portland, OR 97230-6159** |
| **Tracy Fowler**<br>**Tigard, OR** | **2008** | **Voluntarily Surrendered 1994 Carver Fiberglass**<br>**31' Motor Boat** |
| **Select Portfolio Servicing, Inc. - P**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | **2009** | **Foreclosed property @ 9452 SE Chatfield Ct,**<br>**Happy Valley, OR 97086** |

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kelly K Brown** | **1/6/10 $93**<br>**1/20/10 $500**<br>**10/7/10 $2,301** | **$2,595 plus $299 filing fee** |
| **Pre-filing Credit Counselling Certificat** | **4/14/10** | **$36** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Nhuan Thai Pham**<br>**Portland, OR**<br>**Mother** | **1/09** | **Sold 2004 Mercedes CLE 500 for $16,000, proceeds used for living expenses and as down payment on current residence** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank** | **Business checking - $0** | **11/2008** |
| **WAMU/Chase** | **Checking - $0**<br>**Savings - $0** | **Fall 2008** |
| **Bank of the West** | **Checking - $0** | **Fall 2008** |

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9452 SE Chatfield Ct**<br>**Happy Valley, OR 97086** | **Same** | **9/05 - 11/09** |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Votran, LLC dba Vina Deli** | **1203749-5** | **8220 SE Harrison Portland, OR** | **Restaurant** | **6/10/07 - 10/31/07** |
| **Phuong Dong Times** | | **82nd Ave Portland, OR** | **Advertiser Newspaper** | **2000 - 12/08** |
| **Prepaid Legal (dba)** | | **PO Box 145 Ada, OK** | **Sale Membership** | **6/08 - 11/09** |
| **Monavie (dba)** | | **Residence** | **Multi Level Sales** | **10/08 - 11/08** |
| **Nuclarity (dba)** | | **Residence** | **Multi Level Sales** | **Summer 09 - 2/10** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS          DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME          ADDRESS          DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME          ADDRESS
**Debtors**          **Residence**
**Some older records lost**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **October  8, 2010**　　　　　　　　　　Signature    **/s/ Eddie Tuyen Anh Dong**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Eddie Tuyen Anh Dong**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date    **October  8, 2010**　　　　　　　　　　Signature    **/s/ Vivian Uyen Bich Vo**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Vivian Uyen Bich Vo**
　　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Oregon

In re **Eddie Tuyen Anh Dong**
**Vivian Uyen Bich Vo**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Eddie Tuyen Anh Dong** | X **/s/ Eddie Tuyen Anh Dong**     **October  8, 2010** |
| **Vivian Uyen Bich Vo** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | X **/s/ Vivian Uyen Bich Vo**     **October  8, 2010** |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Oregon

In re   **Eddie Tuyen Anh Dong**
        **Vivian Uyen Bich Vo**
                                                              Case No.
                                        Debtor(s)             Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **October  8, 2010**              **/s/ Eddie Tuyen Anh Dong**
                                           **Eddie Tuyen Anh Dong**
                                           Signature of Debtor

Date:   **October  8, 2010**              **/s/ Vivian Uyen Bich Vo**
                                           **Vivian Uyen Bich Vo**
                                           Signature of Debtor